Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL C. HAMILTON,<br><br>Defendant. | Case Number: 6:17-PO-703-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant has provided the Government proof of a valid license, valid insurance and valid registration. Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, and requests any outstanding abstracts in this matter be removed.

Dated: January 16, 2018        /S/ Susan St. Vincent
                                                Susan St. Vincent
                                                Yosemite National Park
                                                Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Hamilton, Case number 6:17-po-703-MJS*, be dismissed, without prejudice, in the interest of justice and that any outstanding abstracts in this matter be removed.

IT IS SO ORDERED.

Dated: January 16, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE